Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
HARRISBURG, PA
JUN 17 2024
PER _____
DEPUTY CLERK

Case No. 1:24-CV-990
*(to be filled in by the Clerk's Office)*

Joshua Anthony Jones
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Department of Defense ET. AL.,
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Joshua Anthony Jones
- **Address:** 17 Pleasant St
  - City: New Oxford
  - State: PA
  - Zip Code: 17350
- **County:** Adams
- **Telephone Number:** 667 298 9531
- **E-Mail Address:** whiteoak752@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name:** Department of Defense
- **Job or Title** *(if known)*:
- **Address:** 1400 Defense Pentagon,
  - City: Washington DC
  - State:
  - Zip Code: 20301-1400
- **County:**
- **Telephone Number:** 1 703 571 3343
- **E-Mail Address** *(if known)*:

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**
- **Name:** Office of the Secretary of Defense & Joint Staff
- **Job or Title** *(if known)*:
- **Address:** 1000 Defense Pentagon
  - City: Washington DC
  - State:
  - Zip Code: 20301-1000
- **County:**
- **Telephone Number:** 703 571 3343
- **E-Mail Address** *(if known)*:

☐ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: National Security Agency
Job or Title (if known):
Address: 9800 Savage Rd #6623
City: Fort Meade   State: MD   Zip Code: 20755
County:
Telephone Number: 301 688 6311
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Central Intelligence Agency
Job or Title (if known):
Address: Central Intelligence Agency Office of Public Affairs
City: Washington DC   State:   Zip Code: 20505
County:
Telephone Number: 1866 237 7221
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Please See Attached*

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

*17 Pleasant St, New Oxford PA, 17350*

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

*2/22 - Present, Also prior dates.*

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*Please See Attached*

Noted additional pages for Section II, subpart D

18 USC 1001, 116 S984 IS, 28 USC 4101, 18 USC 245, 941 18 U.S.C 1341, 1349, 45 CFR 46, 7 CFR Part 1(C), 10 CFR Part 745, 14 CFR Part 1230 15 CFR Part 27, 16 CFR Part 1028, 22 CFR Part 225, 24 CFR Part 219, 34 CFR Part 97, 38 CFR Part 16, 40 CFR Part 26, 45 CFR Part 46, 45 CFR Part 690, 49 CFR Part 11, 56 FR 28003, 50 USC 401-403, 45 CFR Part 160 subparts A and E Part 164, Title 47, 45 CFR 160.103 Paragraph (2) (IV) 45 CFR part 170,  29 CFR 1606.8, Executive Order 14105 Section 9, Executive Order 13873, Executive Order 14110 Section 1 (a), Section 2 (D), Section 2(f), Executive Order 14093 Section 1, Executive Order 13526 Section 1.7, And 5 U.S.C. 3331, 5 U.S.C 3331, 10 U.S.C. 980, and 5 U.S.C. 7311, 1st Amendment, 4th Amendment, 5th Amendment, 10th Amendment, 13th Amendment, 14th Amendment Section 1.

Section III subsection C

The Defendants on multiple occasions violated,
Before 6/2023 to Present of the writing of this lawsuit 6/16/2024 and the start of correspondences to seek intervention and help, In which these laws were violated, openly seeking help from multiple federal agencies, departments and entities regardless of political affiliations, during the time to seek help, intervention, and aid was forcibly human experimented on to psychologically steering a desired outcome, that was not of my own will or desires, specifically those entities of and within the Central Intelligence Agency, National Security Agency, Department of Defense, Office of Secretary of Defense and Joint Chiefs of Staff.

I have been the subject of an unconsented human experimentation involving nanotechnology, Part of the Department of Defense, Central Intelligence Agency, National Security Agency, development program at DARPA called the Brain Initiative, this human experimentation to the best of my knowledge started at the earliest November 2012, has drastically persisted and has exponentially gotten worse, but it seemingly steams from an email written to Jeffrey Bezos in October 2010, and my life has been psychologically steered also social isolated to what I would suppose to frame me in a false flag operation, for Biological Research, or other nepharious or dubious reasons. Some how freemasonry has gotten involved to some degree which has made my personal, and work life worse than anyone would have intended, by questioning my faith in a divine being or higher power. I have not been able to go to college, seek proper medical necessity or care, the inability to obtain a job of reasonable income without harassment, slanderous defamation of character, as well as the inference of mental instability or mental fragility. Mockery, or infringement of my civil liberties and rights. The nanotechnology in question has capabilities of a large degree to interfere with ones normal train of thought. Due to high frequencies, of sound as well as light waves, specifically microwave, infrared wave, and possibly UV waves, using FCC regulated frequency channels. This technology "nanotechnology" also has the capabilities and capacity to disrupt or interfere with normal bodily functions. This technology "Nanotechnology" has the capabilities to have one lose appetite, there were days were I would just eat a apple, sleep deprivation lasted an extended 3 months, but happens constantly.

Since the date stated 6/2023 I have contacted numerous people, entities, agencies, departments, and Government to help petition in this matter as it is and has possibly been a disruption of National Security. Going so far as to for me to petition the United Nations. National Security defined as is the security and defense of a nation state, including its citizens, economy, and institutions, which is regarded as a duty of government. Nations Security, which is the Constitution of the United States of America. As in, National Defense is the Constitution of the United States of America, as well as the preservation and security, of its due nature of its freedoms. With during the duration of this illegal human experimentation intellectual property has been compromised and stolen, Intellectual property defined as creations of the mind. Of which there are many, but the need for FOIA from the NSA, CIA, and others pertaining to any information and files that they do have regarding myself Joshua Anthony Jones and said

intellectual property is needed to verify that they were compromised and stolen. Also while being illegally human experimentated on what I would deem as the compromising of our nation's Nuclear Arsenal Information has happened, this too I have tried to reach out to various and numerous persons, entities, agencies, departments, and bodies of government to help petition in this matter to a degree as to not disrupt National Security, but again this persisted due to what I feel as to frame myself in a false flag operation. During this illegal human experimentation I was subject to sounds of women being raped, sounds of screams of torture, and any other depravity, and harassment from "were Nazi's Josh" on my birthday, to constant questioning of my character, about anything in general. This persisted 24 hours a day 7 days a week for well over a year.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Constitutional Rights & Civil Liberties

Unable to gain medical or legal access to evaluate full scope of damages at this time. Violation of unalienable Rights Declared by the United States such as Life, Liberty, & the pursuit of Happiness.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Joshua Anthony Jones is seeking 50 Billion dollars in damages, pursuant to Intellectual Property, medical, Legal, & Wellbeing, Biological patent & Intellectual Property Rights

Intellectual Property defined as creations of the mind, such as inventions; literary & artistic works; designs; & symbols, names & images used in commerce.

Biological patent & Intellectual Property Rights Defined as but not limited to Joshua Anthony Jones's personal Genetic, molecular, physical body, including that of his own creation thoughts, ideas, & information communicated that are of commercial value & those of non commercial value.

As well as Tax exemptions

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/16/24

Signature of Plaintiff

Printed Name of Plaintiff: Joshua Anthony Jones

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

    *City*    *State*    *Zip Code*

Telephone Number

E-mail Address