STATEMENT/EVIDENCE FOR CASE: 1:24-CV-00990, and 1:24-cv-00869.

On July 9th 2024 I Joshua Anthony Jones, Submitted a Freedom of Information Act request, pursuant to myself. The Attached copies of the correspondences, happened on July, 10th 2024. I was unable to file any papers required to Defense Logistics Agency, the case FOIA case was closed, what was first said to be "to broad of scope" then said to be "improper filing", I never got an appeal option to OGIS (Office of Government Services). This Freedom of Information Act Request was filed properly, via Government website (FOIA.GOV), with the proper fields filled out. Having navigated this website multiple times, this website will not let you leave open fields, to a FOIA request, which would automatically determine an improper filing. Also if a FOIA request on one's self is to broad a scope, why is there formal paperwork for such a situation, scenario, or request? Of said paperwork, I was not able or allowed to file before the case was closed. This situation and scenario has happened, with many FOIA requests, and the responses have been very similar. The attached is an example, statement, and evidence of multiple exchanges with multiple offices regarding Freedom of Information Act Requests.

Sincerely,
Joshua Anthony Jones

**FILED**
HARRISBURG, PA

JUL 1 2 2024

PER _____
        DEPUTY CLERK



**DEFENSE LOGISTICS AGENCY**
**HEADQUARTERS**
**8725 JOHN J. KINGMAN ROAD**
**FORT BELVOIR, VIRGINIA 22060-6221**

July 10, 2024

Joshua Jones
17 Pleasant Street
New Oxford, PA 17350

Dear Mr. Jones:

    This letter responds to your July 9, 2024, Freedom of Information Act (FOIA) request, assigned DLA FOIA case number DLA-DLAF-2024-1191, in which you listed only your SSN and date of birth.

    Individuals seeking records that are 'about themselves' accessible under the Privacy Act (PA) must make the request under the provisions outlined in the applicable Privacy Act System of Records Notice(s) (SORNs).

    A listing of the DLA published SORNs can be found at Privacy, Civil Liberties, and Freedom of Information Directorate > Privacy > SORNsIndex > DOD Component Notices > DLA Article List (defense.gov). A listing of DoD-Wide SORNs can be found at Privacy, Civil Liberties, and Freedom of Information Directorate > Privacy > SORNsIndex > DOD-Wide Notices > DOD-Wide Article List (defense.gov) and a listing of Government-Wide SORNs can be found at Government-wide SORNs | FPC.gov.

    Within each notice you will find a section titled "Record Access Procedures". To make a request under the PA, you will need to follow the procedure outlined in the specific system of record(s) that you are seeking access to and cite the system notice number or name of system that you are requesting access to records about you. As you are not an employee of the Defense Logistics Agency, it is unclear in your request how DLA would have any affiliation to any records about you in order to begin to direct your request to a specified office to search a specified database for records.

    In each request, you must provide one of the following in addition to any other specific information outlined within the Record Access Procedures:

- A photocopy of a government issued identity document, such as a driver's license containing your full legal name.

- Either your notarized signature or an unsworn declaration (as described below) made under penalty of perjury in accordance with 28 U.S.C. 1746.

    If executed outside the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct." Executed on (date). (Signature).

If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct." Executed on (date). (Signature).

If you are seeking records under the Freedom of Information Act (FOIA), DLA is also unable to consider your request for processing under that statute. The FOIA specifies two requirements for an access request: It must "reasonably describe" the records sought, and it must be made in accordance with the agency's published FOIA regulations.

The legislative history of the 1974 FOIA amendments indicates that a description of a requested record is sufficient if it enables a professional agency employee familiar with the subject area to locate the record with a "reasonable amount of effort." Courts have explained that "[t]he rationale for this rule is that FOIA was not intended to reduce government agencies to full-time investigators on behalf of requesters," or to allow requesters to conduct "fishing expeditions" through agency files. Accordingly, one FOIA request was held invalid because it required an agency's FOIA staff to either have "clairvoyant capabilities" to discern the requester's needs or to spend "countless numbers of personnel hours seeking needles in bureaucratic haystacks."

In addition to the "reasonably described" inquiry, courts have held that agencies are not required to conduct wide-ranging, "unreasonably burdensome" searches for records. Courts have also required agencies to clarify the scope of the request with the requester, particularly when doing so is required by the agency's regulations.

If you want to make a request under the FOIA, you will need to explain exactly which records, reports, data you are looking for, a time period for the records search, and the DLA office(s) you believe have the records you are seeking to allow the DLA to conduct an organized, non-random search for records that shed light upon the agency's operations or business practices.

This concludes the processing of your request from this office as no information was provided to allow your request to be forwarded to any office to search for records filed under your name under the Privacy Act, nor for a request to be entered for a search by the FOIA office to search for records as you have not met the requirement to reasonably describe records being sought.

Your FOIA request has been closed as an improper FOIA request. This agency decision concludes the processing of your request(s) referred to above

Sincerely,

*Duane E. McCargo*

DUANE E. MCCARGO
Freedom of Information Act Specialist

Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.

FLAT RATE ENVELOPE
POSTAGE REQUIRED

U.S. POSTAGE PAID
PM
NEW OXFORD, PA 17350
JUL 10, 2024
**$14.25**
R2303S101480-12

Retail

17102

RDC 03

POSTAL SERVICE ® | MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Joshua Anthony Jones
17 Pleasant St New Oxford, PA
17350

TO: ATT: Judge Bloom
1501 N 6th ST
Harrisburg, PA
17102

RECEIVED
HARRISBURG, PA

FOR DOMESTIC AND INTERNATIONAL USE
DEPUTY CLERK

Label 228, December 2023

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited International Insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP14F July 2022
OD: 12 1/2 x 9 1/2

PS00001000014

This package is made from post-consumer waste. Please recycle - again.