Statement and Evidence for the U.S. District Court in Case 1:24-cv-00990 and 1:24-cv-0869

The following correspondences happened on August/September 2023, and in July of 2024. The first page after this statement, is a message was sent to All 100 U.S. Senators, various media outlets, numerous government offices, United Nations Security Council, NATO, Law Firms including the ACLU, and many others.
Which is the first page in the attached documentation.

The following along with the first page of correspondences with NSA/US Cyber Command. Reference some correspondences with US Cyber Command during Ret.Gen. Paul Nakasone tenure as well as General Timothy Haugh.

Also attached is a similar situation that happened at the Department of Homeland Security, those papers are attached as well.

These papers of correspondences are for Judges to review, and be seen/submitted as evidence, to these office having knowledge and awareness of what the purposes of Freedom of Information Act Request submitted by myself, but also a documentation of who, knew what, where, when, and how.

Please make sure all papers are submitted for both cases 1:24-cv-00869, and 1:24-cv-00990, for Honorable Judges Bloom, and Schwab to review and look over as evidence, and documentation of events occurred.

Sincerely,
Joshua Anthony Jones
7/15/2024

FILED
HARRISBURG, PA

JUL 17 2024

PER_____
DEPUTY CLERK



**FOIA**
message

Thu, Aug 31, 2023 at 3:12 PM

Joshua Jones <whiteoak752@gmail.com>
To: CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>

Clearly a United States citizen, requesting this information. Attached is proof of citizenship.
Sincerely,
Joshua Anthony Jones

This is going to sound very strange and odd. But I assure you what you are about to read is the truth, also I DO NOT, have any mental reservations, illnesses or disorders, nor am I a conspiracy theorist.

With that being said, for the last decade as far as I know of the CIA (Central Intelligence Agency) and NSA (NationalSecurityAgency), has socially isolated me, persecuted and oppressed me, by violating my civil liberties, and Constitutional freedoms. As a part of a human experimentation. They have used nanotechnology in a sort of MKULTRA fashion, DARPA's (N3 Program) and the (Brain Initiative) to attempt brainwash me. With failure thank God, the intention behind this has to try to weaponize me to commit an act of domestic terrorism or commit harm. As well as classified information about the United States of America Nuclear Arsenal, being leaked via nanotechnology and other means. This seems to be politically, and religiously motivated. There have been multiple violations of the UDHR (Universal Declaration of Human Rights.) Especially Article 5, As well as a violation of the Nuremberg Code. FCC Title 47 compliance of this nanotechnology is unknown. As well as Violations of the Privacy Act. Central Intelligence Agency and the National AWS cloud network systems seem to be in violation of Constitutional freedoms. The Central Intelligence Agency, and the National Security Agency, have actively blocked me from gaining legal representation.
I would like to file a lawsuit I have filed freedom of information act requests, with the following agencies and Departments, DOJ, U.S. Secret Service, U.S. Department of Homeland Security, NSA, CIA, DIA, U.S. Cyber Command, DCSA, Office of Secretary and Joint Staff, anything involving nanotechnology and my name. I have contacted the Whitehouse, The NSA, NCTC, DOJ, FBI, CIA, DIA, The United Nations, NATO, INTERPOL, The National Security Council, Every member of the Senate that is Republican, Independent and Democrat, The Joint Chiefs of Staff, as well as the ACLU of Harrisburg, PA, The ACLU of Philadelphia, and the ACLU CEO Mr. Romero. I thank you for your time and considerations.
Sincerely,
Joshua Anthony Jones
P.S.
I have been unable to find legal representation for months.

God bless the coalition of the free
God Bless America
God Bless the UNITED STATES
Long live the Constitution of the United States of America
And God Speed to you Sir's and Madem's.

This is a more serious problem than, on could possibly believe, and this is actively happening

[Quoted text hidden]



**FOIA**

message

Thu, Aug 31, 2023 at 3:07 PM

Joshua Jones <whiteoak752@gmail.com>
To: CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>

So how is none of this information none applicable? As all of these things are actively happening, and active programs that I am in.

Sincerely,
Joshua Anthony Jones
[Quoted text hidden]



**DEPARTMENT OF DEFENSE**
**UNITED STATES CYBER COMMAND**
9800 SAVAGE ROAD, SUITE 6171
FORT GEORGE G. MEADE, MARYLAND 20755

AUG 3 1 2023

Joshua Anthony Jones                                                    Re: 23-R050
whiteoak752@gmail.com

Dear Mr. Jones,

This letter responds to the enclosed Freedom of Information Act (FOIA) request, submitted to U.S. Cyber Command on August 28, 2023.

The FOIA requires that a requester provide a reasonable description of specific records sought, to enable the DoD Component to locate the records with a reasonable amount of effort. Your request does not contain sufficient information to permit an organized, non-random search. We are therefore unable to process your request as submitted.

If you wish to submit a Privacy Act request, the request should be sent to the address listed in the record access procedures of the system of records notice (SORN) containing the record. You may review current DoD Component SORNs at https://dpcld.defense.gov/privacy/sorns. Please see 32 CFR §310.3 for additional procedural information.

If you are not satisfied with our action on this request, you may seek dispute resolution services from the DoD FOIA Public Liaison or the Office of Government Information Services. You also have the right to file an administrative appeal. Information about these services is provided.

*Carmen A. Collins*

Carmen A. Collins, MLIS
FOIA Program Manager

Enclosures:
    As stated

AUG 3 1 2023

Re: 23-R050

**DoD FOIA Public Liaison:**

Ms. Toni Fuentes
Phone: (571) 371-0462
Email: osd.foia-liaison@mail.mil

**Office of Government Information Services:**

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
Email: ogis@nara.gov
Phone: (202) 741-5770
Toll Free: 1-877-684-6448
Fax: (202) 741-5769

**Administrative Appeal:**

Ms. Joo Chung
Assistant to the Secretary of Defense for Privacy, Civil Liberties, and Transparency (PCLT)
Office of the Secretary of Defense
4800 Mark Center Drive
ATTN: PCLFD, FOIA Appeals
Mailbox #24
Alexandria, VA 22350-1700
Email: osd.foia-appeal@mail.mil

* Appeal should cite case number above, be clearly marked "FOIA Appeal" and filed within 90 calendar days from the date of this letter.

23-R050

**From:** Joshua Jones <whiteoak752@gmail.com>
**Sent:** Monday, August 28, 2023 6:05 PM
**To:** CYBERCOM_FOIA
**Subject:** [Non-DoD Source] FOIA

I would like to file a Freedom of Information Act Requests, regarding myself, Joshua Anthony Jones, Social Security#████████, DOB#████████ as well as "nanotechnology", "N3 Program", "Section 702" and "watchlist".

Thank you for your assistance, regarding this matter.

Sincerely,
Joshua Anthony Jones



**FOIA**

i message                                                                              Thu, Aug 31, 2023 at 2:59 PM

**CYBERCOM_FOIA** <CYBERCOM_FOIA@nsa.gov>
To: whiteoak752@gmail.com <whiteoak752@gmail.com>

Hello Mr. Jones,

Thank you for your request. Attached please find final response letter signed by FOIA Program Manager, U.S. Cyber Command.

Contact us anytime if you have questions or concerns regarding the processing of your request. You may also visit our website at https://www.cybercom.mil/foia_privacy_act/about_the_program for additional information regarding submitting FOIA or Privacy Act requests to the Command.

v/r

USCYBERCOM FOIA

CYBERCOM_FOIA@cybercom.mil

(301) 688-3585

**From:** Joshua Jones <whiteoak752@gmail.com>
**Sent:** Monday, August 28, 2023 6:05 PM
**To:** CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>
**Subject:** [Non-DoD Source] FOIA

I would like to file a Freedom of Information Act Requests, regarding myself,

Joshua Anthony Jones, Social Security# XXX-XX-XXXX, DOB# XX/XX/XXXX, as well as "nanotechnology", "N3 Program", "Section 702"
and "watchlist".

[Quoted text hidden]



**FOIA**

message

Mon, Aug 28, 2023 at 6:05 PM

**Joshua Jones** <whiteoak752@gmail.com>
To: cybercom_foia@cybercom.mil

I would like to file a Freedom of Information Act Requests, regarding myself,
Joshua Anthony Jones, Social Security# 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, DOB# 07/01/1985, as well as "nanotechnology", "N3 Program", "Section 702"
and "watchlist".

Thank you for your assistance, regarding this matter.

Sincerely,
Joshua Anthony Jones



### E: [Non-DoD Source] New FOIA request received for U.S. Cyber Command

message

YBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>
o: whiteoak752@gmail.com <whiteoak752@gmail.com>

Hello Mr. Jones,

Thank you for your request. Attached is our response letter signed by FOIA Program Manager, U.S. Cyber Command.

Please note that U.S. Cyber Command has three main focus areas: Defending the Department of Defense information network, providing support to combatant commanders for execution of their missions around the world, a

You may consider submitting your request to other Department of Defense components that have a nexus to the topics about which you are inquiring.

Have a great day.

v/r

USCYBERCOM FOIA

(301) 688-3585

**From:** National FOIA Portal@service.gov <National FOIA Portal@service.gov>
**Sent:** Thursday, August 31, 2023 3:20 PM
**To:** CYBERCOM_FOIA < CYBERCOM_FOIA@nsa.gov>
**Subject:** [Non-DoD Source] New FOIA request received for U.S. Cyber Command

Hello,

A new FOIA request was submitted to your agency component:

The following list contains the entire submission submitted August 31, 2023 03:20:02pm ET, and is formatted for ease of viewing and printing.

### Contact information

| | |
|---|---|
| First name | Joshua |
| Last name | Jones |
| Mailing Address | 17 Pleasant St. |
| City | New Oxford |
| State/Province | PA |
| Postal Code | 17350 |
| Country | United States |
| Phone | 6672989531 |
| Email | whiteoak752@gmail.com |

### Request

| | |
|---|---|
| Request ID | 836746 |
| Confirmation ID | 836166 |

Anthony Jones

**Supporting documentation**

## Fees

| | |
|---|---|
| Request category ID | other |
| Fee waiver | no |
| Explanation | My Constitutional freedoms have been violated. Because I am a subject if human experimentation that did not consent to it, within the United States of America. |

## Expedited processing

| | |
|---|---|
| Expedited Processing | no |

The following table contains the entire submission, and is formatted for ease of copy/pasting into a spreadsheet.

| request_id | confirmation_id | address_city | address_country | address_line1 | address_state_province | address_zip_postal_code | email | expedited_processing | fee_waiver | fee_waiver_explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 836746 | 836166 | New Oxford | United States | 17 Pleasant St. PA | | 17350 | | no | no | My Constitutional freedoms have been violated. Because I am a subject if human experimentation that did not consent to it, within the United States of America. |



## RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command

I message

**Joshua Jones** <whiteoak752@gmail.com>                              Thu, Jul 11, 2024 at 4:20 PM
To: OGIS <ogis@nara.gov>

I am appealing and requesting mediation.

Sincerely,
Joshua Anthony Jones

[Quoted text hidden]



## RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command
1 message

Thu, Jul 11, 2024 at 4:19 PM

**Joshua Jones** <whiteoak752@gmail.com>
To: OGIS <ogis@nara.gov>

This was sent to Cyber Command today July 11th 2024:

I Joshua Anthony Jones am appealing FOIA Case 118896, also request mediation. On the following grounds,
The reason why Department of Defense National Security Agency, would or may have records on me would be as follows:

1.) Federal Lawsuits involving the Joint Chiefs of Staff, Secretary of Defense, National Security Agency, and Central Intelligence
Agency.
Federal Case Number: 1:24-cv-00990

2.) DARPA'S Brain Initiative/N3 Program involving neural nanotechnology
Federal Case Number: 1:24-cv-00990, and 1:24-cv-00869

3.) 1 year of communications to NATO, United Nations Security Council, and the Joint Chiefs of Staff, involving nerual nanotechnology,
as well as Nuclear Arsenal Information being compromised.

There are lawsuits pursuant to this Freedom of Information Act Request, 1:24-cv-00990, 1:24-cv-00827, 1:24-cv-00827, at US District
Court, Harrisburg. As have been stated:

"This office is responsible for processing all FOIA requests for access to records maintained by the Department of Defense, National
Security Agency. The DoD National Security Agency an independent and objective agency within DoD, responsible for promoting the
integrity, accountability, and improvement of DoD personnel, programs, and operations. We accomplish our mission by conducting
audits, investigations, inspections and assessments, and recommending policies and procedures to promote the economic, efficient,
and effective use of DoD resources and programs that prevent fraud, waste, abuse, and mismanagement."

It is integral to the adherence of law, and Federal regulations, and investigations. Chevron Deference does not apply to your denial. Fee
waiver is as follows:

Under the Freedom of Information Act (5 U.S.C. Section 552), I am requesting the following documents:

Please apply this to any legal documents pertaining to a Freedom of Information Act Request, by myself, for the appeal process.

Attach any other documents to be requested FOIA' 7/8/2024 I receive the information, pertaining to these requests in paper, flash drive
or hard drive.

Please take note of the Office of Management and Budget guidelines published March 27, 1987 (52 FR 10012) that include electronic
publications and other nontraditional publishers as representatives of the news media. Please also remember that the U.S. Court of
Appeals for the District of Columbia has determined that even a nonprofit clearinghouse of information can qualify as a representative
of the news media, See National Security Archive v. U.S. Department of Defense, 279 U.S. App. D.C. 308 (D.C. 1989).

Please note that 5 U.S.C. Section 552(a)(4)(A)(iv)(II) requires that you provide the first 100 copies to me at no charge.

However, I am requesting a waiver of all fees under 5 U.S.C. Section 552(a)(4)(A)(iii). The information I seek is in the public interest because it will contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

I believe I meet the criteria for a fee waiver recognized by the U.S. Justice Department – in its policy guidance of April 1987 – and by the federal courts, See Project on Military Procurement v. Department of the Navy, 710 F. Supp. 362 363, 365 (D.C.D. 1989).

My request concerns the operations or activities of government because É [Per the Justice Department guidelines, be as specific as possible about why your request concerns a government activity as opposed to a mere interest on your part in the subject matter.]Also, the information sought has informative value, or potential for contribution to public understanding. Please note the decision in Elizabeth Eudey v. Central Intelligence Agency, 478 F. Supp. 1175 1176 (D.C.D. 1979) (even a single document has the potential for contributing to public understanding). I plan to disseminate this information to the public at large in the following manner: I am a taxpaying, voting, United States Citizen, who swore an Oath of Allegiance to the Constitution of the United States of America, and I am being human experimentated, without my consent by my own government. will us this information in a court of law in the United States of America, to provide informed legal rights that have been violated and to uphold the law. Also to inform the court of any malfeasance of any governing body, department (s), agency or agencies, office or offices, persons, personnel, officers, agents, employees, of aforementioned representatives to these governing bodies. To provide a strong healthier democracy, as well as a more informed work place for the above mentioned governing bodies or appointed individuals. This information will also be given to VOX Media INC., at 1201 Connecticut Ave., NW., Washington, DC 20036, help with providing with a better informed public, to assist with upholding the law, to, of, and for and nefarious actors against the law.As legal right in Privacy Act, to release any FOIA Information to any "person"(s) addition, the release of this information will have a significant impact on public understanding because É [Detail here where you think there is a lack of knowledge on the part of the public and how this information will make the public better informed about this particular government activity.]

In your deliberations, please take note of the following cases: Campbell v. U.S. Department of Justice, 334 U.S. App. D.C. (1998) (administrative and seemingly repetitious information is not exempt from fee-waiver consideration); Project on Military Procurement (agencies cannot reject a fee waiver based on the assumption that the information sought is covered by a FOIA exemption; and Landmark Legal Foundation v. Internal Revenue Service, 1998 U.S. Dist. LEXIS 21722 (D.C.D. 1998)(the fact that the information will soon be turned over to a public body does not exempt the material from fee-waiver consideration).

I look forward to your response within the 20 working days, as outlined by the statute.

Continuing to requests pursuant to PA exemptions (J)(1) and (K)(1), this is a violation of the Patriot Act as there is no knowledge of any Judges orders for such records or surveillance to be had. Also a violation of Executive Order 12333, in which records should be made available to the public as well as records of Judges orders be made public Regarding surveillance of US citizens. So in such there should be no classified information pertaining to a relationship regarding myself, Joshua Anthony Jones contractual or otherwise stated, with any Agency, Department, Or entity. Any records deemed classified are false pretenses and should be made available as for litigation. This is in violation of Executive Order 13526, in regards to section 1.7 (A)(1). 15 U.S. Code § 780 - Office of Private Grievances and Redress, 5 U.S. Code § 552(a), 5 U.S. Code § 552(e), 5 U.S. Code § 552(f), 5 U.S. Code § 553, Executive Order 14105 Section 9, Executive Order 13873, Executive Order 14110 Section 1 (a), Section 2 (D), Section 2(f), Executive Order 14093 Section 1, 5 U.S.C. 3331, 5 U.S.C 3331, 10 U.S.C. 980, and 5 U.S.C. 7311.
As well as Constitutional Law, Federal Law, and Geneva Convention Violations Articles of War crimes.

Show quoted text

Show quoted text
You have reached a limit for sending mail. Your message was not sent.

Show quoted text

[Quoted text hidden]



## RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command

message

Thu, Jul 11, 2024 at 4:05 PM

**Joshua Jones** <whiteoak752@gmail.com>
To: CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>

These correspondences will be submitted as evidence, in Federal Court. Please note I am emailing Cyber Command directly, and for some mysterious reason, which I highly doubt are hackers using Google. So NSA Cyber Command isn't using computer Algorithms or logarithms to layer amd conceal violations of law? By Oath of Office you have to comply or seek an attorney.

Sincerely,
Joshua Anthony Jones
J

On Thu, Jul 11, 2024, 3:32 PM CYBERCOM_FOIA < CYBERCOM_FOIA@nsa.gov> wrote:
[Quoted text hidden]



## RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command

message

Thu, Jul 11, 2024 at 4:01 PM

Joshua Jones <whiteoak752@gmail.com>
To: CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>

Mail Google Mailbox has plenty of room in it. For storage of correspondences and emails. Are you using Google to shield your crimes? That's breach of contract.

Sincerely,
Joshua Anthony Jones

On Thu, Jul 11, 2024, 3:32 PM CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov> wrote:
[Quoted text hidden]



## RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command

message                                                                    Thu, Jul 11, 2024 at 4:00 PM

Joshua Jones <whiteoak752@gmail.com>
To: Mail Delivery Subsystem <mailer-daemon@googlemail.com>

Mail Google Mailbox has plenty of room in it. For storage of correspondences and emails.

Sincerely,
Joshua Anthony Jones

[Quoted text hidden]



**RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command**

message

Thu, Jul 11, 2024 at 3:58 PM

Joshua Jones <whiteoak752@gmail.com>
To: CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>

Conspiracy is a Federal crime, it appears that you are trying to defraud the United States.

Sincerely,
Joshua Anthony Jones

On Thu, Jul 11, 2024, 3:32 PM CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov> wrote:
[Quoted text hidden]



**RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command**

message                                                                    Thu, Jul 11, 2024 at 3:53 PM

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: Joshua Jones <whiteoak752@gmail.com>

You have reached a limit for sending mail. Your message was not sent.

[Quoted text hidden]



## RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command

message

Thu, Jul 11, 2024 at 3:54 PM

Joshua Jones <whiteoak752@gmail.com>
To: CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>

I Joshua Anthony Jones am appealing FOIA Case 118896,
also request mediation. On the following grounds,
The reason why Department of Defense National Security
Agency, would or may have records on me would be as
follows:

1.) Federal Lawsuits involving the Joint Chiefs of Staff,
Secretary of Defense, National Security Agency, and Central
Intelligence Agency.
Federal Case Number: 1:24-cv-00990

2.) DARPA'S Brain Initiative/N3 Program involving neural
nanotechnology
Federal Case Number: 1:24-cv-00990, and 1:24-cv-00869

3.) 1 year of communications to NATO, United Nations
Security Council, and the Joint Chiefs of Staff, involving nerual
nanotechnology, as well as Nuclear Arsenal Information being
compromised.

There are lawsuits pursuant to this Freedom of Information
Act Request, 1:24-cv-00990, 1:24-cv-00827, 1:24-cv-00827, at
US District Court, Harrisburg. As have been stated:

"This office is responsible for processing all FOIA requests for
access to records maintained by the Department of Defense,
National Security Agency. The DoD National Security Agency
an independent and objective agency within DoD, responsible
for promoting the integrity, accountability, and improvement
of DoD personnel, programs, and operations. We accomplish
our mission by conducting audits, investigations, inspections
and assessments, and recommending policies and
procedures to promote the economic, efficient, and effective
use of DoD resources and programs that prevent fraud, waste,
abuse, and mismanagement."

It is integral to the adherence of law, and Federal regulations,
and investigations. Chevron Deference does not apply to your
denial. Fee waiver is as follows:

Please apply this to any legal documents pertaining to a Freedom of Information Act Request, by myself, for the appeal process.

Attach any other documents to be requested FOIA' 7/8/2024 I receive the information, pertaining to these requests in paper, flash drive, or hard drive.

Please take note of the Office of Management and Budget guidelines published March 27, 1987 (52 FR 10012) that include electronic publications and other nontraditional publishers as representatives of the news media. Please also remember that the U.S. Court of Appeals for the District of Columbia has determined that even a nonprofit clearinghouse of information can qualify as a representative of the news media, See National Security Archive v. U.S. Department of Defense, 279 U.S. App. D.C. 308 (D.C. 1989).

Please note that 5 U.S.C. Section 552(a)(4)(A)(iv)(II) requires that you provide the first 100 copies to me at no charge.

However, I am requesting a waiver of all fees under 5 U.S.C. Section 552(a)(4)(A)(iii). The information I seek is in the public interest because it will contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

I believe I meet the criteria for a fee waiver recognized by the U.S. Justice Department – in its policy guidance of April 1987 – and by the federal courts, See Project on Military Procurement v. Department of the Navy, 710 F. Supp. 362 363, 365 (D.C.D. 1989).

My request concerns the operations or activities of government because É [Per the Justice Department guidelines, be as specific as possible about why your request concerns a government activity as opposed to a mere interest on your part in the subject matter.]Also, the information sought has informative value, or potential for contribution to public understanding. Please note the decision in Elizabeth Eudey v. Central Intelligence Agency, 478 F. Supp. 1175 1176 (D.C.D. 1979) (even a single document has the potential for contributing to public understanding). I plan to disseminate this information to the public at large in the following manner: I am a taxpaying, voting, United States Citizen, who swore an Oath of Allegiance to the Constitution of the United States of America, and I am being human experimented, without my

governing body, department (s), agency or agencies, office or offices, persons, personnel, officers, agents, employees, of aforementioned representatives to these governing bodies. To provide a strong healthier democracy, as well as a more informed work place for the above mentioned governing bodies or appointed individuals. This information will also be given to VOX Media INC., at 1201 Connecticut Ave., NW., Washington, DC 20036, help with providing with a better informed public, to assist with upholding the law, to, of, and for and nefarious actors against the law. As legal right in Privacy Act, to release any FOIA Information to any "person" (s) addition, the release of this information will have a significant impact on public understanding because É [Detail here where you think there is a lack of knowledge on the part of the public and how this information will make the public better informed about this particular government activity.]

In your deliberations, please take note of the following cases: Campbell v. U.S. Department of Justice, 334 U.S. App. D.C. (1998)(administrative and seemingly repetitious information is not exempt from fee-waiver consideration); Project on Military Procurement (agencies cannot reject a fee waiver based on the assumption that the information sought is covered by a FOIA exemption; and Landmark Legal Foundation v. Internal Revenue Service, 1998 U.S. Dist. LEXIS 21722 (D.C.D. 1998)(the fact that the information will soon be turned over to a public body does not exempt the material from fee-waiver consideration).

I look forward to your response within the 20 working days, as outlined by the statute.

Continuing to requests pursuant to PA exemptions (J)(1) and (K)(1), this is a violation of the Patriot Act as there is no knowledge of any Judges orders for such records or surveillance to be had. Also a violation of Executive Order 12333, in which records should be made available to the public as well as records of Judges orders be made public Regarding surveillance of US citizens. So in such there should be no classified information pertaining to a relationship regarding myself, Joshua Anthony Jones contractual or otherwise stated, with any Agency, Department, Or entity. Any records deemed classified are false pretenses and should be made available as for litigation. This is in violation of Executive Order 13526, in regards to section 1.7 (A)(1). 15 U.S. Code § 780 - Office of Private Grievances and Redress, 5 U.S. Code § 552(a), 5 U.S. Code § 552(e), 5 U.S. Code § 552(f), 5 U.S. Code § 553, Executive Order 14105 Section 9, Executive Order 13873, Executive Order 14110 Section 1 (a), Section 2 (D), Section 2(f), Executive Order 14093 Section 1, 5 U.S.C. 3331, 5 U.S.C 3331, 10 U.S.C. 980, and 5 U.S.C. 7311. As well as Constitutional Law, Federal Law, and Geneva Convention Violations Articles of War crimes.

Show quoted text

On Thu, Jul 11, 2024, 3:32 PM CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov> wrote:
[Quoted text hidden]



## RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command

message

Thu, Jul 11, 2024 at 3:53 PM

Joshua Jones <whiteoak752@gmail.com>
To: Mail Delivery Subsystem <mailer-daemon@googlemail.com>

I Joshua Anthony Jones am appealing FOIA Case 118896, also request mediation. On the following grounds, The reason why Department of Defense National Security Agency, would or may have records on me would be as follows:

1.) Federal Lawsuits involving the Joint Chiefs of Staff, Secretary of Defense, National Security Agency, and Central Intelligence Agency.
Federal Case Number: 1:24-cv-00990

2.) DARPA'S Brain Initiative/N3 Program involving neural nanotechnology
Federal Case Number: 1:24-cv-00990, and 1:24-cv-00869

3.) 1 year of communications to NATO, United Nations Security Council, and the Joint Chiefs of Staff, involving nerual nanotechnology, as well as Nuclear Arsenal Information being compromised.

There are lawsuits pursuant to this Freedom of Information Act Request, 1:24-cv-00990, 1:24-cv-00827, 1:24-cv-00827, at US District Court, Harrisburg. As have been stated:

"This office is responsible for processing all FOIA requests for access to records maintained by the Department of Defense, National Security Agency. The DoD National Security Agency an independent and objective agency within DoD, responsible for promoting the integrity, accountability, and improvement of DoD personnel, programs, and operations. We accomplish our mission by conducting audits, investigations, inspections and assessments, and recommending policies and procedures to promote the economic, efficient, and effective use of DoD resources and programs that prevent fraud, waste, abuse, and mismanagement."

It is integral to the adherence of law, and Federal regulations, and investigations. Chevron Deference does not apply to your denial. Fee waiver is as follows:

Please apply this to any legal documents pertaining to a Freedom of Information Act Request, by myself, for the appeal process.

Attach any other documents to be requested FOIA' 7/8/2024 I receive the information, pertaining to these requests in paper, flash drive, or hard drive.

Please take note of the Office of Management and Budget guidelines published March 27, 1987 (52 FR 10012) that include electronic publications and other nontraditional publishers as representatives of the news media. Please also remember that the U.S. Court of Appeals for the District of Columbia has determined that even a nonprofit clearinghouse of information can qualify as a representative of the news media, See National Security Archive v. U.S. Department of Defense, 279 U.S. App. D.C. 308 (D.C. 1989).

Please note that 5 U.S.C. Section 552(a)(4)(A)(iv)(II) requires that you provide the first 100 copies to me at no charge.

However, I am requesting a waiver of all fees under 5 U.S.C. Section 552(a)(4)(A)(iii). The information I seek is in the public interest because it will contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

I believe I meet the criteria for a fee waiver recognized by the U.S. Justice Department – in its policy guidance of April 1987 – and by the federal courts, See Project on Military Procurement v. Department of the Navy, 710 F. Supp. 362 363, 365 (D.C.D. 1989).

My request concerns the operations or activities of government because É [Per the Justice Department guidelines, be as specific as possible about why your request concerns a government activity as opposed to a mere interest on your part in the subject matter.]Also, the information sought has informative value, or potential for contribution to public understanding. Please note the decision in Elizabeth Eudey v. Central Intelligence Agency, 478 F. Supp. 1175 1176 (D.C.D. 1979) (even a single document has the potential for contributing to public understanding). I plan to disseminate this information to the public at large in the following manner: I am a taxpaying, voting, United States Citizen, who swore an Oath of Allegiance to the Constitution of the United States of America, and I am being human experimented, without my

governing body, department (s), agency or agencies, office or offices, persons, personnel, officers, agents, employees, of aforementioned representatives to these governing bodies. To provide a strong healthier democracy, as well as a more informed work place for the above mentioned governing bodies or appointed individuals. This information will also be given to VOX Media INC., at 1201 Connecticut Ave., NW., Washington, DC 20036, help with providing with a better informed public, to assist with upholding the law, to, of, and for and nefarious actors against the law.As legal right in Privacy Act, to release any FOIA Information to any "person" (s) addition, the release of this information will have a significant impact on public understanding because É [Detail here where you think there is a lack of knowledge on the part of the public and how this information will make the public better informed about this particular government activity.]

In your deliberations, please take note of the following cases: Campbell v. U.S. Department of Justice, 334 U.S. App. D.C. (1998)(administrative and seemingly repetitious information is not exempt from fee-waiver consideration); Project on Military Procurement (agencies cannot reject a fee waiver based on the assumption that the information sought is covered by a FOIA exemption; and Landmark Legal Foundation v. Internal Revenue Service, 1998 U.S. Dist. LEXIS 21722 (D.C.D. 1998)(the fact that the information will soon be turned over to a public body does not exempt the material from fee-waiver consideration).

I look forward to your response within the 20 working days, as outlined by the statute.

Continuing to requests pursuant to PA exemptions (J)(1) and (K)(1), this is a violation of the Patriot Act as there is no knowledge of any Judges orders for such records or surveillance to be had. Also a violation of Executive Order 12333, in which records should be made available to the public as well as records of Judges orders be made public Regarding surveillance of US citizens. So in such there should be no classified information pertaining to a relationship regarding myself, Joshua Anthony Jones contractual or otherwise stated, with any Agency, Department, Or entity. Any records deemed classified are false pretenses and should be made available as for litigation. This is in violation of Executive Order 13526, in regards to section 1.7 (A)(1). 15 U.S. Code § 780 - Office of Private Grievances and Redress, 5 U.S. Code § 552(a), 5 U.S. Code § 552(e), 5 U.S. Code § 552(f), 5 U.S. Code § 553,
Executive Order 14105 Section 9, Executive Order 13873, Executive Order 14110 Section 1 (a), Section 2 (D), Section 2(f), Executive Order 14093 Section 1, 5 U.S.C. 3331, 5 U.S.C 3331, 10 U.S.C. 980, and 5 U.S.C. 7311.
As well as Constitutional Law, Federal Law, and Geneva Convention Violations Articles of War crimes.

Show quoted text



### RE: [Non-DoD Source] New FOIA request received for U.S. Cyber Command

message

Thu, Jul 11, 2024 at 3:36 PM

Joshua Jones <whiteoak752@gmail.com>
To: CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>

This was sent to Cyber Command during Paul Nakasone's tenure, I also have an email subject directed to Paul Nakasone. I find it hard to believe you have no information. Email is as follows:

Clearly a United States citizen, requesting this information. Attached is proof of citizenship.
Sincerely,
Joshua Anthony Jones


This is going to sound very strange and odd. But I assure you what you are about to read is the truth, also I DO NOT, have any mental reservations, illnesses or disorders, nor am I a conspiracy theorist.

With that being said, for the last decade as far as I know of the CIA (Central Intelligence Agency) and NSA (NationalSecurityAgency), has socially isolated me, persecuted and oppressed me, by violating my civil liberties, and Constitutional freedoms. As a part of a human experimentation. They have used nanotechnology in a sort of MKULTRA fashion, DARPA's (N3 Program) and the (Brain Initiative) to attempt brainwash me. With failure thank God, the intention behind this has to try to weaponize me to commit an act of domestic terrorism or commit harm. As well as classified information about the United States of America Nuclear Arsenal, being leaked via nanotechnology and other means. This seems to be politically, and religiously motivated. There have been multiple violations of the UDHR (Universal Declaration of Human Rights.) Especially Article 5, As well as a violation of the Nuremberg Code. FCC Title 47 compliance of this nanotechnology is unknown. As well as Violations of the Privacy Act. Central Intelligence Agency and the National AWS cloud network systems seem to be in violation of Constitutional freedoms. The Central Intelligence Agency, and the National Security Agency, have actively blocked me from gaining legal representation.
I would like to file a lawsuit I have filed freedom of information act requests, with the following agencies and Departments, DOJ, U.S. Secret Service, U.S. Department of Homeland Security, NSA, CIA, DIA, U.S. Cyber Command, DCSA, Office of Secretary and Joint Staff, anything involving nanotechnology and my name. I have contacted the Whitehouse, The NSA, NCTC, DOJ, FBI, CIA, DIA, The United Nations, NATO, INTERPOL, The National Security Council, Every member of the Senate that is Republican, Independent and Democrat, The Joint Chiefs of Staff, as well as the ACLU of Harrisburg, PA, The ACLU of Philadelphia, and the ACLU CEO Mr. Romero. I thank you for your time and considerations.
Sincerely,
Joshua Anthony Jones
P.S.
I have been unable to find legal representation for months.

God bless the coalition of the free
God Bless America
God Bless the UNITED STATES
Long live the Constitution of the United States of America
And God Speed to you Sir's and Madem's.

This is a more serious problem than, on could possibly believe, and this is actively happening


Show quoted text

[Quoted text hidden]



**DEPARTMENT OF DEFENSE**
**UNITED STATES CYBER COMMAND**
9800 SAVAGE ROAD, SUITE 6171
FORT GEORGE G. MEADE, MARYLAND 20755

SEP 0 7 2023

Joshua Jones
17 Pleasant St
New Oxford, PA 17350

Re: 23-R051

Dear Mr. Jones,

This letter responds to the enclosed Freedom of Information Act (FOIA) request, submitted August 31, 2023. We reasonably believe that U.S. Cyber Command would not have records in its files that are responsive to this request. Therefore, a search was not conducted.

If you are not satisfied with our action on this request, you may seek dispute resolution services from the DoD FOIA Public Liaison or the Office of Government Information Services. You also have the right to file an administrative appeal. Contact information for each resource is provided.

*Carmen A. Collins*

Carmen A. Collins, MLIS
FOIA Program Manager

Enclosures:
  As stated

SEP 0 7 2023

Re: 23-R051

**DoD FOIA Public Liaison:**

Ms. Toni Fuentes
Phone: (571) 371-0462
Email: osd.foia-liaison@mail.mil

**Office of Government Information
Services:**

Office of Government Information Services
National Archives and Records
Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
Email: ogis@nara.gov
Phone: (202) 741-5770
Toll Free: 1-877-684-6448
Fax: (202) 741-5769

**Administrative Appeal:**

Ms. Joo Chung
Assistant to the Secretary of Defense for
Privacy, Civil Liberties, and Transparency
(PCLT)
Office of the Secretary of Defense
4800 Mark Center Drive
ATTN: PCLFD, FOIA Appeals
Mailbox #24
Alexandria, VA 22350-1700
Email: osd.foia-appeal@mail.mil

* Appeal should cite case number above, be
clearly marked "FOIA Appeal" and filed
within 90 calendar days from the date of this
letter.

23-R051

FOIA Request 836746

The following list contains the entire submission submitted August 31, 2023 03:20:02pm ET, and is formatted for ease of viewing and printing.

## Contact information

| | |
|---|---|
| **First name** | Joshua |
| **Last name** | Jones |
| **Mailing Address** | 17 Pleasant St. |
| **City** | New Oxford |
| **State/Province** | PA |
| **Postal Code** | 17350 |
| **Country** | United States |
| **Phone** | 6672989531 |
| **Email** | whiteoak752@gmail.com |

## Request

| | |
|---|---|
| **Request ID** | 836746 |
| **Confirmation ID** | 836166 |
| **Request description** | I would like to file a Freedom of Information Act Requests, regarding myself, Joshua Anthony Jones, Social Security# XXXXXXXX, DOB# XXXXXXXX as well as "nanotechnology", "N3 Program", "Section 702" and "watchlist". Thank you for your assistance, regarding this matter. Sincerely, Joshua Anthony Jones |

## Supporting documentation

## Fees

| | |
|---|---|
| **Request category ID** | other |
| **Fee waiver** | no |
| **Explanation** | My Constitutional freedoms have been violated. Because I am a subject if human experimentation that did not consent to it, within the United States of America. |

23-R051

**Expedited processing**

**Expedited Processing**                              no



**E: [Non-DoD Source] New FOIA request received for U.S. Cyber Command**
message

YBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>
o: whiteoak752@gmail.com <whiteoak752@gmail.com>

Hello Mr. Jones,

Thank you for your request. Attached is our response letter signed by FOIA Program Manager, U.S. Cyber Command.

Please note that U.S. Cyber Command has three main focus areas: Defending the Department of Defense information network, providing support to combatant commanders for execution of their missions around the world, a

You may consider submitting your request to other Department of Defense components that have a nexus to the topics about which you are inquiring.

Have a great day,

v/r

USCYBERCOM FOIA

(301) 688-3585

**From:** National FOIAPortal@nsa.gov <National.FOIAPortal@nsa.gov>
**Sent:** Thursday, August 31, 2023 3:20 PM
**To:** CYBERCOM_FOIA <CYBERCOM_FOIA@nsa.gov>
**Subject:** [Non-DoD Source] New FOIA request received for U.S. Cyber Command

Hello,

A new FOIA request was submitted to your agency component:

The following list contains the entire submission submitted August 31, 2023 03:20:02pm ET, and is formatted for ease of viewing and printing.

## Contact information

| | |
|---|---|
| **First name** | Joshua |
| **Last name** | Jones |
| **Mailing Address** | 17 Pleasant St. |
| **City** | New Oxford |
| **State/Province** | PA |
| **Postal Code** | 17350 |
| **Country** | United States |
| **Phone** | 6672989531 |
| **Email** | whiteoak752@gmail.com |

## Request

| | |
|---|---|
| **Request ID** | 836746 |
| **Confirmation in** | 836166 |

Anthony Jones

## Supporting documentation

## Fees

| | |
|---|---|
| Request category ID | other |
| Fee waiver | no |
| Explanation | My Constitutional freedoms have been violated. Because I am a subject if human experimentation that did not consent to it, within the United States of America. |

## Expedited processing

| | |
|---|---|
| Expedited Processing | no |

The following table contains the entire submission, and is formatted for ease of copy/pasting into a spreadsheet.

| request_id | confirmation_id | address_city | address_country | address_line1 | address_state_province | address_zip_postal_code | email | expedited_processing | fee_waiver | fee_waiver_explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 836746 | 836166 | New Oxford | United States | 17 Pleasant St. PA | | 17350 | | no | no | My Constitutional freedoms have been violated. Because I am subject if human experimentation that did not consent to it, with the United States of America. |



## General Nakasone

1 message

Thu, Sep 7, 2023 at 3:22 PM

**Joshua Jones** <whiteoak752@gmail.com>
To: CYBERCOM_FOIA@cybercom.mil

General Nakasone,
Please acknowledge, that I know your capabilities, and do appreciate your work.
Nor am I one to opposed to your work.

But I do have to be critical, do to the nature of my situation. As well as the severity, to our national defense, as well as our Nations
Security, which to me is the Constitution of the United States of America. As in,
National Defense is the Constitution of the United States of America, as well as the preservation and security, of its due nature of its
freedoms, in which we all hold dear.
As this is the very essence of what is to be an American, as well as one who hold, the values of the Constitution near.

I will proceed with my FOIA request, at U.S. Cyber Command. Thank you for your time and considerations.


Sincerely,
Joshua Anthony Jones



**UNITED STATES CYBER COMMAND**
9800 SAVAGE ROAD, SUITE 6171
FORT GEORGE G. MEADE, MARYLAND 20755

JUL 11 2024

Re: 24-R102

Joshua Jones
17 Pleasant Street
New Oxford, PA 17350

Joshua Jones,

This letter responds to the enclosed Freedom of Information Act (FOIA) request, submitted to U.S. Cyber Command on July 10, 2024.

As previously explained, the FOIA requires that a requester provide a reasonable description of specific records sought, to enable the Department of Defense (DoD) Component to locate the records with a reasonable amount of effort. We cannot reasonably ascertain exactly which records are being requested nor where to locate them based upon the description you have provided. We are therefore unable to process this request as submitted.

If you are not satisfied with our action on this request, you may seek dispute resolution services from the DoD FOIA Public Liaison or the Office of Government Information Services. You also have the right to file an administrative appeal. Contact information for each resource is enclosed.

*Carmen A. Collins*
Carmen A. Collins, MLIS
FOIA Program Manager

Enclosures:
a/s

JUL 11 2024

Re: 24-R102

**DoD FOIA Public Liaison:**

Ms. Toni Fuentes
Phone: (571) 371-0462
Email: osd.foia-liaison@mail.mil

**Office of Government Information Services:**

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
Email: ogis@nara.gov
Phone: (202) 741-5770
Toll Free: 1-877-684-6448
Fax: (202) 741-5769

**Administrative Appeal:**

Ms. Joo Chung
Assistant to the Secretary of Defense for Privacy, Civil Liberties, and Transparency (PCLT)
Office of the Secretary of Defense
4800 Mark Center Drive
ATTN: PCLFD, FOIA Appeals
Mailbox #24
Alexandria, VA 22350-1700
Email: osd.foia-appeal@mail.mil

\* Appeal should cite case number above, be clearly marked "FOIA Appeal" and filed within 90 calendar days from the date of this letter.

24-R102

FOIA Request 1301936

The following list contains the entire submission submitted July 10, 2024 02:35:09am ET, and is formatted for ease of viewing and printing.

## Contact information

| | |
|---|---|
| **First name** | Joshua |
| **Last name** | Jones |
| **Mailing Address** | 17 Pleasant Street |
| **City** | New Oxford |
| **State/Province** | PA |
| **Postal Code** | 17350 |
| **Country** | United States |
| **Phone** | 6672989531 |
| **Email** | whiteoak752@gmail.com |

## Request

| | |
|---|---|
| **Request ID** | 1301936 |
| **Confirmation ID** | 1301361 |
| **Request description** | I would like to submit a Freedom of information act requests, on my own behalf, "Joshua Anthony Jones", Social Security Number ████████. From the dates of 1/1/2010 through 7/8/2024. Thank you for your assistance in this matter. Sincerely, Joshua Anthony Jones |

## Supporting documentation

## Fees

| | |
|---|---|
| **Request category ID** | other |
| **Fee waiver** | yes |

24-R102

Under the Freedom of Information Act (5 U.S.C. Section 552), I am requesting the following documents: Please apply this to any legal documents pertaining to a Freedom of Information Act Request, by myself, for the appeal process. Attach any other documents to be requested FOIA' 7/8/2024 I receive the information, pertaining to these requests in paper, flash drive, or hard drive. Please take note of the Office of Management and Budget guidelines published March 27, 1987 (52 FR 10012) that include electronic publications and other nontraditional publishers as representatives of the news media. Please also remember that the U.S. Court of Appeals for the District of Columbia has determined that even a nonprofit clearinghouse of information can qualify as a representative of the news media, See National Security Archive v. U.S. Department of Defense, 279 U.S. App. D.C. 308 (D.C. 1989). Please note that 5 U.S.C. Section 552(a)(4)(A)(iv)(II) requires that you provide the first 100 copies to me at no charge. However, I am requesting a waiver of all fees under 5 U.S.C. Section 552(a)(4)(A)(iii). The information I seek is in the public interest because it will contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest. I believe I meet the criteria for a fee waiver recognized by the U.S. Justice Department – in its policy guidance of April 1987 – and by the federal courts, See Project on Military Procurement v. Department of the Navy, 710 F. Supp. 362 363, 365 (D.C.D. 1989). My request concerns the operations or activities of government because É [Per the Justice Department guidelines, be as specific as possible about why your request concerns a government activity as opposed to a mere interest on your part in the subject matter.] Also, the information sought has informative value, or potential for contribution to public understanding. Please note the decision in Elizabeth Eudey v. Central Intelligence Agency, 478 F. Supp. 1175 1176 (D.C.D. 1979) (even a single document has the potential for contributing to public understanding). I plan to disseminate this information to the public at large in the following manner: I am a taxpaying, voting, United States Citizen, who swore an Oath of Allegiance to the Constitution of the United States of America, and I am being human experimentated, without my consent by my own government. will us this information in a court of law in the United States of America, to provide informed legal rights that have been violated and to uphold the law. Also to inform the court of any malfeasance of any governing body, department (s), agency or agencies, office or offices, persons, personnel, officers, agents, employees, of

**Explanation**

24-R102

**Expedited processing**

Expedited Processing                                    no

## Additional information

attachments_supporting_documentation



**CRCL FOIA Case No. 2024-CRFO-00328**

messages

CRCL FOIA <crclfoia@hq.dhs.gov>
To: whiteoak752@gmail.com <whiteoak752@gmail.com>

Mon, Jul 15, 2024 at 7:16 AM

07/15/2024

Joshua Jones

17 Pleasant St.

New Oxford, Pennsylvania 17350

Re:  2024-CRFO-00328

Dear Joshua Jones:

This acknowledges receipt of your 7/14/2024, Freedom of Information Act request/Privacy Act (FOIA/PA) request to the Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL), seeking, "I would like to submit a Freedom of information act requests, on my own behalf, "Joshua Anthony Jones", Social Security Number# 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. From the dates of 6/1/2023 through 7/13/2024."

An individual's request for information pertaining to him/her is processed under both the FOIA and the PA to afford maximum access to records.  Because you have asked for copies of records about yourself, we must verify your identity to ensure that your personal information is not released to anyone other than you.  The DHS regulations, 6 CFR Part 5 § 5.21(d), require verification of your identity, including your full name, current address and date and place of birth.  In addition, your request must be made in writing, must contain your signature, and should either be notarized or contain a statement made under penalty of perjury as permitted by 28 U.S.C. 1746.  Because you have not provided this documentation, your request is not a proper FOIA/PA request, and we are unable to initiate searching for responsive records. We've attached a form for your convivence.

Please provide the requested documentation within 10 business days from the date of this letter, or we will assume you are no longer interested in this FOIA/PA request, and the case will be administratively closed.

This is not a denial of your request.  If you have any questions or would like to discuss this matter, please feel free to contact this office at crclfoia@hq.dhs.gov.

Sincerely,

*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528

 **Homeland Security**

## AFFIRMATION/DECLARATION

This is to affirm that

I, ___Assad Rutherford_____,
(PRINT FULL NAME)

request access to records maintained by the Office for Civil Rights and Civil Liberties which pertain to me. My present address is:

___5832 Columbia Ave._____,

my date of birth is: ___11/06/1991_____, and

my place of birth was: ___Munster, Indiana_____, and

my citizenship status[1] is ___Sovereign citizen (permanent)_____.

I understand that any knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that any applicable fees must be paid by me.

I hereby authorize ___Assad Rutherford_____ access to my records.
(PRINT FULL NAME)

I request that any located and disclosable records be forwarded to the following individual:

___Assad Rutherford_____ at the following address:
(PRINT FULL NAME)

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Executed on___1/23/2024_____
(DATE)

_____
(SIGNATURE OF AFFIRMANT/DECLARANT)

**PRIVACY ACT STATEMENT: AUTHORITY:** 5 U.S.C. 552a(i). **PRINCIPAL PURPOSE(S):** This information will be used to verify your identify for purposes of processing your request under the Privacy Act, or for records requested during litigation or enforcement action involving DHS CRCL. **DISCLOSURE:** Voluntary; failure to furnish the requested information may result in no action being taken on your request.
**PLEASE RETURN TO:** Office for Civil Rights and Civil Liberties, U.S. Department of Homeland Security, Attn: FOIA Office, 2707 Martin Luther King, Jr. Avenue, SE Mail Stop 0190, Washington, D.C. 20528-0190 or Via Email: crclfoia@hq.dhs.gov.

---

[1]   Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

**Joshua Jones** <whiteoak752@gmail.com>                                    Mon, Jul 15, 2024 at 9:26 AM
To: CRCL FOIA <crclfoia@hq.dhs.gov>

I do not Understand as to why you sent me a document with someone else's personal information on it. I am requesting my own information from DHS. My name is not Assad Rutherford, nor have I ever sought information or records pertaining to Assad Rutherford. Please send me the proper paperwork. These correspondences will be submitted as evidence for court case 1:24-cv-00869. Along with any PDF information.

Sincerely,
Joshua Anthony Jones

[Quoted text hidden]

---

**CRCL FOIA** <crclfoia@hq.dhs.gov>                                    Mon, Jul 15, 2024 at 9:31 AM
To: whiteoak752@gmail.com <whiteoak752@gmail.com>

[Quoted text hidden]

---

**Joshua Jones** <whiteoak752@gmail.com>                                    Mon, Jul 15, 2024 at 9:50 AM
To: CRCL FOIA <crclfoia@hq.dhs.gov>

Affirmation/Declaration of Joshua Anthony Jones, For Department of Homeland Security.

Sincerely,
Joshua Anthony Jones
[Quoted text hidden]

*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528



## AFFIRMATION/DECLARATION

This is to affirm that

I,_____,
                        (PRINT FULL NAME)
request access to records maintained by the Office for Civil Rights and Civil Liberties which pertain to me. My present address is:

_____,

my date of birth is:_____, and

my place of birth was:_____, and

my citizenship status[1] is_____.

I understand that any knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that any applicable fees must be paid by me.

I hereby authorize_____access to my records.
                        (PRINT FULL NAME)
I request that any located and disclosable records be forwarded to the following individual:

_____at the following address:
        (PRINT FULL NAME)

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Executed on_____.
                (DATE)

_____.
        (SIGNATURE OF AFFIRMANT/DECLARANT)

**PRIVACY ACT STATEMENT: AUTHORITY:** 5 U.S.C. 552a(i). **PRINCIPAL PURPOSE(S):** This information will be used to verify your identify for purposes of processing your request under the Privacy Act, or for records requested during litigation or enforcement action involving DHS CRCL. **DISCLOSURE:** Voluntary; failure to furnish the requested information may result in no action being taken on your request.
**PLEASE RETURN TO:** Office for Civil Rights and Civil Liberties, U.S. Department of Homeland Security, Attn: FOIA Office, 2707 Martin Luther King, Jr. Avenue, SE Mail Stop 0190, Washington, D.C. 20528-0190 or Via Email: crclfoia@hq.dhs.gov.

---

[1]    Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528



**Homeland Security**

FILLED OUT
& completed
& submitted

**AFFIRMATION/DECLARATION**

Evidence only

This is to affirm that

I,_____,
              (PRINT FULL NAME)
request access to records maintained by the Office for Civil Rights and Civil Liberties which pertain to me. My present address is:

_____,

my date of birth is:_____, and

my place of birth was:_____, and

my citizenship status[1] is_____.

I understand that any knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that any applicable fees must be paid by me.

I hereby authorize_____access to my records.
                    (PRINT FULL NAME)
I request that any located and disclosable records be forwarded to the following individual:

_____at the following address:
        (PRINT FULL NAME)

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Executed on_____07-15-2024_____.
              (DATE)

Joshua Anthony Jones_____.
        (SIGNATURE OF AFFIRMANT/DECLARANT)

**PRIVACY ACT STATEMENT: AUTHORITY:** 5 U.S.C. 552a(i). **PRINCIPAL PURPOSE(S):** This information will be used to verify your identify for purposes of processing your request under the Privacy Act, or for records requested during litigation or enforcement action involving DHS CRCL. **DISCLOSURE:** Voluntary; failure to furnish the requested information may result in no action being taken on your request.
**PLEASE RETURN TO:** Office for Civil Rights and Civil Liberties, U.S. Department of Homeland Security, Attn: FOIA Office, 2707 Martin Luther King, Jr. Avenue, SE Mail Stop 0190, Washington, D.C. 20528-0190 or Via Email: crclfoia@hq.dhs.gov.

[1] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.



## CRCL FOIA Appeal 2024-CRCL-AP-00015

1 message

**CRCL FOIA** <crclfoia@hq.dhs.gov>                                                    Mon, Jul 15, 2024 at 11:59 AM
To: whiteoak752@gmail.com <whiteoak752@gmail.com>

07/15/2024


Re: 2024-CRCL-AP-00015

   2024-CRFO-00328


Dear Joshua Anthony Jones:


This acknowledges your Freedom of Information Act/ Privacy Act request appeal dated July 15, 2024, and
received on July 15, 2024.  On behalf of Office of the Chief Administrative Law Judge, United States Coast
Guard, we acknowledge your appeal and are assigning it number 2024-CRCL-AP-00015.


Sincerely,

CRCL FOIA Office



**CRCL FOIA Appeal 2024-CRCL-AP-00015**

message

**Joshua Jones** <whiteoak752@gmail.com>                           Mon, Jul 15, 2024 at 12:06 PM
To: CRCL FOIA <crclfoia@hq.dhs.gov>

Thank you for your acknowledgement, assistance, and assessments of this appeal.

**Sincerely,**
**Joshua Anthony Jones**

[Quoted text hidden]



**UNITED STATES POSTAL SERVICE** ®

PRESS FIRMLY TO SEAL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7022 0410 0000 9696 3566

pected delivery date specified for domestic use.

mestic shipments include $100 of insurance (restrictions apply).*

PS Tracking® service included for domestic and many international destinations.

ited international insurance.**

en used internationally, a customs declaration form is required.

ance does not cover certain items. For details regarding claims exclusions see the
stic Mail Manual at http://pe.usps.com.
International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

AT RATE ENVELOPE

RATE ■ ANY WEIGHT

ACKED ■ INSURED

EP14F July 2022

PS00001000014

---

PM
NEW OXFORD, PA 17350
JUL 15, 2024

$14.70
R2303S1014BC-14

17102

RDC 03

**UNITED STATES POSTAL SERVICE** ®   |   **PRIORITY MAIL** ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Joshua Anthony Jones
17 Pleasant St, New Oxford, PA

TO: ATTN: Judge Schwab & Judge Bloom
1501 N 6th St, Harrisburg, PA
17102

RECEIVED
JUL 17 2024
HARRISBURG, PA

PER _____ DEPUTY CLERK

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, December 2023




To schedule free Package Pickup,
scan the QR code.