Case 1:24-cv-00990-DFB   Document 10   Filed 07/17/24   Page 1 of 3

FILED
HARRISBURG, PA
JUL 17 2024
PER _____
DEPUTY CLERK

Statement for Honorable Judge Schwab And Honorable Judge Bloom to review in Cases:
1:24-cv-00827, 1:24-cv-00869, 1:24-cv-00990,
This statement is made by the Plaintiff Joshua Anthony Jones.

By conspiring with another to violate one or more persons Constitutional rights, this would be a violation of Oath of Allegiance, but also would be an act to defraud the United States.

18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States.

If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.

If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.

violation of oath office described in 5 U.S.C. 7311 which include: (1) removal from office and; (2) confinement or a fine.

The definition of "advocate" is further specified in Executive Order 10450 which for the purposes of enforcement supplements 5 U.S.C. 7311. One provision of Executive Order 10450 specifies it is a violation of 5 U.S.C. 7311 for any person taking the oath of office to advocate "the alteration ... of the form of the government of the United States by unconstitutional means." Our form of government is defined by the Constitution of the United States. It can only be "altered" by constitutional amendment. Thus, according to Executive Order 10450 (and therefore 5 U.S. 7311) any act taken by government officials who have taken the oath of office prescribed by 5 U.S.C. 3331which alters the form of government other by amendment, is a criminal violation of the 5 U.S.C. 7311.

Congress has never altered the Article V Convention clause by constitutional amendment. Hence, the original language written in the law by the Framers and its original intent remains undisturbed and intact. That law specifies a convention call is peremptory on Congress when the states have applied for a convention call and uses the word "shall" to state this. The states have applied. When members of Congress disobey the law of the Constitution and refuse to

issue a call for an Article V Convention when peremptorily required to do so by that law, they have asserted a veto power when none exists nor was ever intended to exist in that law. This veto alters the form of our government by removing one of the methods of amendment proposal the law of the Constitution creates. Such alteration without amendment is a criminal violation of 5 U.S.C. 7311 and 18 U.S.C. 1918.

In addition, the members of Congress committed a second criminal violation of their oaths of office regarding an Article V Convention call. 5 U.S.C. 7311 clearly specifies it is a criminal violation for any member of Congress to advocate the overthrow of our constitutional form of government. The definition of the word "advocate" is to: "defend by argument before a tribunal or the public: support or recommend publicly."

The single intent of the federal lawsuit Walker v Members of Congress (a public record) was to compel Congress to obey the law of the Constitution and call an Article V Convention as peremptorily required by that law, the original intent of which has never altered by constitutional amendment. The lawsuit was brought because Congress has refused to obey the law of the Constitution. Such refusal obviously establishes the objective of the members of Congress to overthrow our form of government by establishing they (the members of Congress) can disobey the law of the Constitution and thus overthrow our constitutional form of government.

The word "peremptory" precludes any objection whatsoever by members of Congress to refuse to call an Article V Convention. This peremptory preclusion certainly includes joining a lawsuit to oppose obeying the law of the Constitution and it may be vetoed by members of Congress. That act not only violates the law of the Constitution but 5 U.S.C. 7311 as well. When the members of Congress joined to oppose Walker v Members of Congress their opposition became part of the court record and therefore a matter of public record. Thus, regardless of whatever arguments for such opposition were presented by their legal counsel to justify their opposition, the criminal violation of the oath of office occurred because the members of Congress joined the lawsuit to publicly declare their opposition to obeying the law of the Constitution.

May these references be applied to in U.S. District Court, Harrisburg, Federal Cases: 1:24-cv-00827, 1:24-cv-00869, 1:24-cv-00990.

For Honorable Judge Bloom, and Honorable Judge Schwab, to review and consider.

Sincerely,
Joshua Anthony Jones

